# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————

No. 99-2919

—————

Jose Figueroa-Catano,

   Appellant,

v.

John Ault, Warden,

   Appellee.

\*
\*
\* Appeal from the United States
\* District Court for the
\* Northern District of Iowa.
\*
\*  [UNPUBLISHED]
\*
\*

—————

Submitted: May 12, 2000

Filed: May 17, 2000

—————

Before BOWMAN and LOKEN, Circuit Judges, and BATAILLON,[1] District Judge.

—————

PER CURIAM.

  Jose Figueroa-Catano appeals from the order of the District Court[2] denying Figueroa-Catano's 28 U.S.C. § 2254 petition for a writ of habeas corpus. The sole issue presented for our review is whether trial counsel was ineffective by reason of

---

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska, sitting by designation.

[2]The Honorable Donald E. O'Brien, United States District Judge for the Northern District of Iowa.

failing to move for suppression of Figueroa-Catano's videotaped statement on the grounds that Figueroa-Catano was so intoxicated that his waiver of his <u>Miranda</u> rights was not voluntary. The District Court determined that trial counsel's performance was not deficient in this respect, and we agree. Because an opinion would add nothing of substance to the District Court's thorough and well-reasoned order, without further discussion the decision of the District Court is

AFFIRMED. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.